nesses, plaintiff suddenly turned in, in front of defendant's approaching car, the horse would undoubtedly have been struck, instead of the hind wheel of the wagon. The case presented a conflict respecting the facts and the inferences fairly deducible therefrom, and with the conclusion of the court below we see no reason for interfering. Judgment affirmed, with costs.

In re DWINELLE. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of the estate of Mary E. Dwinelle, deceased. H. D. Hotchkiss, for appellant. F. W. Holls, for respondent. No opinion. Decree affirmed, with costs.

ELLISON, Respondent, v. SCHUYLKILL FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by William B. Ellison against the Schuylkill Fire Insurance Company. J. M. Gazzam, for appellant. A. L. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FALK, Respondent, v. STARR, Appellant. (Supreme Court, Appellate Term. April 16, 1900.) Action by one Falk against one Starr. From a judgment in favor of plaintiff, defendant appeals. Affirmed. J. Rieger, for appellant. E. Lundgreen, for respondent.

PER CURIAM. We think this case was correctly disposed of by the court below on the authority of Bernheimer v. Herrman, 44 Hun, 110, decided in this department, and which, for that reason, we should follow rather than Sage v. Burton, 84 Hun, 267, 32 N. Y. Supp. 1122, elsewhere decided by a divided court. Judgment affirmed, with costs.

FARMERS' FEED CO., Appellant, v. DAVID STEVENSON BREWING CO., Respondent. (City Court of New York, General Term. May 28, 1900.) Action by the Farmers' Feed Company against the David Stevenson Brewing Co. From a judgment dismissing the complaint, plaintiff appeals. Reversed. Paskusz & Cohen, for appellant. William G. McCrea, for respondent.

PER CURIAM. The complaint sets forth a good cause of action. It was error to dismiss it. Judgment reversed. New trial ordered, with costs to appellant.

FEDJOWSKI, Respondent, v. PRESIDENT, Etc., OF DELAWARE & H. CANAL CO., Appellants. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by Apolonia Fedjowski, as administratrix of Wincenty Fedjowski, deceased, against the president, managers, and company of the Delaware & Hudson Canal Company.

PER CURIAM. The appeal, so far as it is an appeal from the order of the appellate division affirming the order granting a new trial herein, is dismissed, on the ground that no appeal lies to this court therefrom. The judgment appealed from is affirmed, with costs. All the questions raised by the appeal from said judgment have been determined adversely to the appellant upon the appeal from the order granting a new trial

herein, and such determination is res adjudicata upon this appeal.

KELLOGG, J., dissents from the affirmance of the judgment.

In re FEEHAN. (Supreme Court, Appellate Division, First Department. April 12, 1900.) In the matter of John Feehan, deceased. No opinion. Motion granted, with $10 costs.

FISHER et al., Appellants, v. MONAHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by John Fisher and others, as trustees, etc., against John Monahan and others. No opinion. Interlocutory judgment affirmed, with costs.

FLEISCHMAN et al., Appellants, v. GLASER, Respondent. (Supreme Court, Appellate Term. April 16, 1900.) Action by Joseph Fleischman and others against Max Glaser. Judgment for defendant, and plaintiffs appeal. Affirmed. Louis Levy, for appellants. Ferdinand E. M. Bullowa and A. H. Holbrook, for respondent.

PER CURIAM. There was ample evidence in the case to support the decision in favor of the defendant which was rendered by the court below. The case was fairly tried, and we find nothing in the rulings of the trial justice which was prejudicial to the plaintiffs. The judgment should be affirmed. Judgment affirmed, with costs.

FLEMING v. BUSWELL et al. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Fred Fleming against Charles H. Buswell and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 62 N. Y. Supp. 1137.

FORST, Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Term. May 17, 1900.) Action by Paul C. Forst against Sarah E. Marshall. From a judgment in favor of the plaintiff, defendant appeals. Affirmed. Clark B. Augustine, for appellant. Meston A. Alexander, for respondent.

PER CURIAM. The evidence warranted findings of employment and performance. Enough appeared to show that the plaintiff was the procuring cause of the exchange. Plaintiff's Exhibit 3, in connection with the evidence, is quite convincing that Mr. Glickman's memory was at fault when he was examined as a witness, and that the probabilities were with the version presented on behalf of the plaintiff as to the source of Mr. Glickman's information as to the Edgecombe avenue lots. There is no merit in the appeal, as there was no error which affected the result. The judgment is affirmed, with costs.

FT. STANWIX CANNING CO. v. WILLIAM McKINLEY CANNING CO. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by the Ft. Stanwix Canning Company against the William McKinley Canning Company. No opinion. Motion for